IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$4,690,279.84 IN FUNDS DEPOSITED INTO BANK OF AMERICA ACCOUNTS 4880-7995-6927 AND 4880-7995-6956,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

    The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

**JURISDICTION AND VENUE**

    1.    The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of the defendant $4,690,279.84 in funds deposited into Bank of America Accounts 4880-7995-6927 and 4880-7995-6956, as proceeds traceable to one or more violations of 18 U.S.C. § 1343. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

    2.    Venue is proper 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred, in the District of Colorado.

1

## DEFENDANT PROPERTY

3. Defendant Property is more fully described as follows: $4,690,279.84 in funds deposited into Bank of America Accounts 4880-7995-6927 and 4880-7995-6956, in the name of Stovall Trucking, LLC, seized from Bank of America and currently held by the United States Marshals Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND OF BUSINESS EMAIL COMPROMISE SCHEME

5. In November 2019, the Federal Bureau of Investigation began an investigation into a Business Email Compromise scheme involving Xcel Energy, Inc. Xcel Energy Inc. ("Xcel Energy") is a utility holding company and serves customers in several states, including Colorado.

6. Generally, a Business Email Compromise ("BEC") scheme is conducted by an international network of actors, co-conspirators, and money mules engaged in sophisticated email phishing, computer intrusion, and social engineering.

7. In a typical BEC scheme, a victim company is targeted, via email. A BEC actor sends the victim company an email posing as a legitimate vendor of the victim company. The contents of the email often direct the victim company employee to wire money to a specific account or to modify existing banking information for the legitimate vendor of the victim company. However, the account that the victim company employee

is directed to send money to or modify is not an actual account associated with vendor, but is usually an account used to facilitate the movement of the stolen funds to BEC actors domestically and abroad.

## Underlying Investigation

8. On September 16, 2019, an accounts payable employee at Xcel Energy, located in Denver, Colorado, received an email purported to be from an accounts receivable employee at a company identified as Wanzek Construction. Wanzek Construction is a true vendor doing business with Xcel Energy and/or its subsidiaries. The email sent on September 16, 2019, requested that Xcel Energy update payment information for Wanzek Construction.

9. On September 16, 2019, the accounts payable employee at Xcel Energy replied that they would need an invoice number or purchase order number to update payment information.

10. On September 17, 2019, the accounts payable employee at Xcel Energy received an additional email stating that the invoice number was 10-13741, in the amount of $367,870.30 and provided a vendor company code. They also sent an updated telephone number of 302-659-9922.

11. The accounts payable employee at Xcel Energy then called the phone number provided in the email and confirmed the new payment information with the person who answered at the telephone number provided. The new payment information provided to Xcel Energy for Wanzek Construction was Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

12. The payment information for Wanzek Construction was updated to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

13. Based on the new payment information provided via email to Xcel Energy for Wanzek Construction, three ACH transfers, totaling $4,796,586.42, from Xcel Energy or its subsidiaries to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC occurred as set forth in more detailed below.

14. After the ACH transfers occurred, Xcel Energy contacted Wanzek Construction. Wanzek Construction confirmed that they did not send the September 16, 2019 email requesting a payment update.

15. Bank of America account number 488079956927 in the name of Stovall Trucking, LLC is not associated with Wanzek Construction.  Stovall Trucking, LLC also is not a vendor of Xcel Energy or its subsidiaries.

### FINANCIAL ANALYSIS OF STOVALL TRUCKING ACCOUNTS

### Bank of America Checking Account # 6927

16. In September 2018, Bank of America Checking Account number 4880-7995-6927 ("BOA account number 6927") was opened in the name of Stovall Trucking, LLC.  Blake Carrington Stovall is the sole signor on the account.

17. On October 30, 2019, the balance in BOA account number 6927 was $547.79.

18. On October 31, 2019, an ACH transfer in the amount of $369,453.90 was received in BOA account number 6927 in the name of Stovall Trucking, LLC from a Wells

Fargo Bank account in the name of Xcel Energy subsidiary, Public Service Company of Colorado.

19. On November 1, 2019, an ACH transfer in the amount of $4,016,667.19 was received into BOA account number 6927 in the name of Stovall Trucking, LLC from a Wells Fargo Bank account in the name of Xcel Energy subsidiary, Northern States Power Company.

20. On November 1, 2019, an ACH transfer in the amount of $410,465.33 was received into BOA account number 6927 in the name of Stovall Trucking, LLC from a Wells Fargo Bank account in the name of Xcel Energy subsidiary, Southwestern Public Service Company.

21. In total, BOA account number 6927 in the name of Stovall Trucking, LLC received $4,796,586.42 in funds from Xcel Energy subsidiaries intended for Wanzek Construction.

**Bank of America Investment Account # 6956**

22. On November 4, 2019, two transfers totaling $578,000.00 were made from BOA account number 6927 to Bank of America Business Investment Account number 4880-7995-6956 ("BOA account number 6956") in the name of Stovall Trucking, LLC. The sole signor on BOA account number 6956 is Blake Carrington Stovall.

23. Prior to the transfers on November 4, 2019, the balance of BOA account number 6956 was -$278.63.

24. All of the $578,000.00 transferred to BOA account number 6956 was comprised of stolen Xcel Energy funds intended for Wanzek Construction.

25. On November 21, 2019, $4,690,279.84 was seized from BOA account numbers 6927 and 6956.

## CONCLUSION

26. Based on the information set forth herein, defendant $4,690,279.84 in funds deposited into Bank of America Accounts 4880-7995-6927 and 4880-7995-6956, constitute or were derived from proceeds traceable to violations of Title 18 U.S.C. § 1343.

## VERIFICATION OF DEBORAH SIKIYAN
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Deborah Sikiyan, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*Deborah Sikiyan*
Deborah Sikiyan
FBI-Special Agent

STATE OF COLORADO      )
CITY AND  Douglas      ) ss
COUNTY OF ~~DENVER~~   )

The foregoing was acknowledged before me this 21st day of April, 2020 by Deborah Sikiyan, Special Agent, Federal Bureau of Investigation.

DIANA WILLIAMS CHAVEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164001200
MY COMMISSION EXPIRES JAN. 13, 2024

Notary Public – Colorado
My Commission Expires: Jan. 13, 2024

7

## FIRST CLAIM FOR RELIEF

27. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

28. By the foregoing and other acts, defendant $4,690,279.84 in funds deposited into Bank of America Accounts 4880-7995-6927 and 4880-7995-6956 constitutes or was derived from proceeds traceable to violations of wire fraud in violation of 18 U.S.C. § 1343, and is; therefore, forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant asset in favor of the United States, that the United States be authorized to dispose of the defendant asset in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant assets and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 28th day of July 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
laura.hurd@usdoj.gov
*Attorney for the United States*